■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CAMPBELL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered April 19, 1983, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that his plea should be vacated is not preserved for appellate review *(see, People v Pellegrino,* 60 NY2d 636), and in any event, is without merit *(see, People v Harris,* 61 NY2d 9). The defendant's claim of ineffective assistance of counsel is based upon facts dehors the record.

Further, we find that the defendant was properly adjudicated a second felony offender *(see, People v Loughlin,* 66 NY2d 633, 635-636, *rearg denied* 66 NY2d 916; *People v Young,* 123 AD2d 366, 367-368, *lv denied* 68 NY2d 919; *People v Morcilio,* 91 AD2d 1074). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CRUZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leone, J.), rendered April 4, 1984, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DAVIS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered January 4, 1985.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.